# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| PAUL E. GOODE, JR., | & |
| Plaintiff, | & |
| | & |
| vs. | & CASE NO.: _____ |
| | & |
| FREEWAY HONDA, | & |
| Defendant, | & |

## COMPLAINT FOR CIVIL DAMAGES

COMES NOW THE Plaintiff, by and through his Attorney of Record, and files this civil complaint for monetary damages against the Defendant stating the following as causes and claims:

### JURISDICTIONAL PREREQUISITES

Plaintiff resides at 551 Bentmoor Drive, Helena, AL 35080 and resided at such address on or about June 2017 - May 01, 2018.

Defendant is a national restaurant/store chain that does business in the State of Alabama and was doing such business on or about June 2017 - May 01, 2018.

The claims of concern occurred at 1813 Ensley Avenue, Ensley, AL 35218.

The claim arose under the federal question law of 42 U.S. C. 2000 a. and 42 U.S.C. 1981 and jurisdiction is appropriate in this court.

## STATEMENT OF FACTS

On or about June 2017, Plaintiff, was demoted to Sales Associate by General Manager, Will [LNU]. After plaintiff was demoted, Will was replaced by Lyn Ganim , then, expressed verbally that the demographic makeup of the dealership was "Too Black". Following such conversation, I was terminated and the terminations became of outrageous and epidemic proportions toward African Americans.  This was blatant discrimination against only the African Americans at the dealership, who worked as equally as all others at the dealership. This pattern was specific, targeted, ongoing continuous.

### COUNT 1 – 42 U.S.C. 2000 a DISCRIMINATION

1. Pursuant to 42 U.S.C. 2000 a, Defendant is car dealership that failed to treat the African American workers at its dealership with the scrutiny as employees of different races that were the same or similarly situated at the dealership. The terminations were unwarranted and unjustified, and only done as a mechanism to lessen the African American presence at the dealership and nothing less.

### COUNT 2 – 42 U.S.C. 1981 DISCRIMINATION

1. Pursuant to 42 U.S.C. 1981, Defendant is car dealership that failed to treat the African American workers at its dealership with the scrutiny as employees of different races that were the same or similarly situated at the dealership. The terminations were unwarranted and unjustified, and only done as a mechanism to lessen the African American presence at the dealership and nothing less.

### COUNT 3 – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

2. Plaintiff avers and reaffirms the facts of paragraphs 1-2 and adds that because Defendant caused Plaintiff to be terminated under the same are similar circumstances the Caucasian co-workers were not terminated for, Plaintiff recognized this discrepancy and suffered emotional distress form these intentional acts.

## Plaintiff JURY DEMAND

Plaintiff demands trial by struck jury.

## DAMAGES

Plaintiff seeks the jurisdictional limit for damages concerning the actions of the Plaintiff.

WHEREFORE THE PREMISES CONSIDERED, Plaintiff prays this Honorable Court will allow this case to go forward under the normal jurisdictional guidelines of the court.

Dated this the **21st** day of **June, 2019**.

/S/ *Al Jones* (ASB2403R80J)

Attorney for Plaintiff

OF COUNSEL:

The Law Offices of Attorney Al Jones & Associates, P.C.

2626 7th Street

Tuscaloosa, AL 35401

Phone: (2050 345-0806

Email: Albiejonz@gmail.com